**Frances Sursa, appellee, v. City of Centralia, appellant.**

Opinion filed November 9, 1936.

L. H. Jonas, for appellant. Wham & Wham, for appellee.

Mr. Justice Murphy delivered the opinion of the court.